UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                          Chapter 11

    461 7th Avenue Market, Inc.,                           Case No.:  18-22671 (RDD)

                    Debtor.

---------------------------------------------------------x

461 7th Avenue Market, Inc. and Young Il Park,

                    Plaintiffs,

-against-                                                      Adv. Proc. 18- 08265 (RDD)

Delshah 461 Seventh Avenue, LLC,
Delshah Capital, and Michael Shah,

                    Defendants.

---------------------------------------------------------x

## ORDER GRANTING MOTION TO DISMISS RICO COUNTS

Upon the motion of defendants, Delshah 461 Seventh Avenue, LLC, Delshah Capital, and Michael Shah for the entry of an order pursuant to Fed. R. Bankr. P. 7012 dismissing this adversary proceeding; and there being due and sufficient notice of the motion; and upon the plaintiff's objection thereto and all related pleadings; and upon the record of the hearing held by the Court on the motion on July 18, 2018; and after due deliberation and sufficient cause appearing for the relief granted hereby for the reasons stated by the Court in its bench ruling at the hearing, it is

**ORDERED**, that the motion is granted as provided herein and otherwise denied without prejudice; and it is further

**ORDERED**, that counts one and two of the plaintiffs' First Amended Complaint

are dismissed pursuant to Fed. R. Bankr. P. 7012, incorporating Fed. R. Civ. P. 12(b)(6).

Dated: White Plains, New York
December 10, 2018

/s/ Robert D. Drain                                    _
UNITED STATES BANKRUPTCY JUDGE